## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARLOWE JONES

     Plaintiff,

v.                        CASE NO.: 8:23-cv-00723-KKM-TGW

THE CITY OF NEW PORT RICHEY,

     Defendant.

_____/

### DEFENDANT'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

     The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement terms. Plaintiff intends to file a Notice of Voluntary Dismissal with Prejudice, but respectfully request that the parties are given forty-five (45) days to file the said Notice of Voluntary Dismissal with Prejudice. Accordingly, Defendant respectfully requests that the Court vacate all deadlines as set forth in the Second Amended Case Management and Scheduling Order [Doc 67] as well as the Second Mediation Order [Doc 69].

     Defendant is filing this Notice and Motion with Plaintiff's approval and permission.

     Respectfully submitted,

                            **ROPER & ROPER, P.A.**
                            116 North Park Avenue

Apopka, FL 32703
TEL: 407-884-9944
FAX: 407-884-4343
email@roperandroper.com
lblackburn@roperandroper.com
kroper@roperandroper.com
*(Co-Counsel for City of New Port Richey)*


By: */s/ Donovan Roper*
      **DONOVAN A. ROPER, ESQUIRE**
      Florida Bar No. 0858544


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2024, I electronically submitted the foregoing with the Clerk of Court using the CM/ECF system, who will send electronic notice to all parties and pro se litigants.

Kevin Kenneth Ross, Esquire
Crisol Lopez Palafox, Esquire
Jolynn Marie Falto, Esquire
Nicola Pappas Huson, I, Esquire
Eclat Law, PLLC
Suite 2010
307 Cranes Roost Blvd.
Altamonte Springs, FL 32701
Kevin.ross@eclatlaw.com
Cresol.lopezpalafox@eclatlaw.com
jfalto@eclatlaw.com
nikki.pappas@eclatlaw.com
(Attorneys for Plaintiff

Andrew L. Dayes, Esquire
Dayes Law Firm, PLLC
727 2nd Street South
Safety Harbor, FL 34695
aid@dayeslaw.com
(*Co-Counsel for City of New Port Richey)*


By:*/s/ Donovan Roper*
      **DONOVAN A. ROPER, ESQUIRE**
      Florida Bar No. 0858544
      **ROPER & ROPER, P.A.**
      116 North Park Avenue
      Apopka, FL 32703
      TEL: 407-884-9944
      FAX: 407-884-4343
      email@roperandroper.com

lblackburn@roperandroper.com
kroper@roperandroper.com
*(Co-Counsel for City of New Port Richey)*

DAR/kr